A CERTIFIED TRUE COPY

JUN - 9 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 24 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1653

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PARMALAT SECURITIES LITIGATION

*Prudential Insurance Co. of America, et al. v. Bank of America Corp., et al.*, N.D. Illinois, C.A. No. 1:06-2018

*Allstate Life Insurance Co. v. Bank of America Corp., et al.*, N.D. Illinois, C.A. No. 1:06-2020

### CONDITIONAL TRANSFER ORDER (CTO-4)

On December 9, 2004, the Panel transferred one civil action to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, four additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lewis A. Kaplan.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kaplan.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001)</u>, these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of December 9, 2004, 350 F.Supp.2d 1356 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel



Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN - 9 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION